AO91 (Rev. 12/03)  Criminal Complaint                                                   AUSA

# UNITED STATES DISTRICT COURT

FILED
AUG - 1 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Western District Of Texas Del Rio Division

**UNITED STATES OF AMERICA**
vs.

Cody Lee HORNER
Jenny ANKENY

**CRIMINAL COMPLAINT**

Case Number: DR:19-7046M-01,02

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  July 30, 2019  in  Kinney  County, in the  Western District Of Texas  defendant(s), knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title    8    United States Code, Section(s)    1324(a)(1)(A)(ii)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

On July 30, 2019, Border Patrol Agents arrested Cody Lee HORNER and Jenny ANKENY, both United States citizens near Brackettville, Texas which is in the Western District of Texas for transporting three illegal aliens in furtherance of their illegal entry. HORNER, in a sworn stated admitted he conspired with another individual from San Antonio, Texas to transport illegal aliens from Eagle Pass, Texas to San Antonio and would be paid $800 USD to do so. ANKENY stated HORNER asked her to borrow her vehicle and accompany him in this failed smuggling event. ANKENY also stated she knew the people being picked were illegally present in the United States. Material witness Diego Adrian CAMPOS-Chavez a citizen of El Salvador and illegally present in the United States will testify he made smuggling arrangements in Mexico. CAMPOS-Chavez positively identified both defendants from a photo line-up.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

~~Velez, Gregorio~~  RODRIGUEZ Stephanie
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 01, 2019                                              at    Del Rio, Texas
Date                                                               City/State

Collis White                    USMJ
Name of Judge                  Title of Judge

Signature of Judge