

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2019 AUG 28 PM 12: 18

| UNITED STATES OF AMERICA | § | CAUSE NO.: |
| --- | --- | --- |
| | § | |
| | § | **INDICTMENT** |
| | § | |
| v. | § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| | § | to Transport Illegal Aliens; COUNTS |
| | § | TWO & THREE: 8 U.S.C. § |
| CODY LEE HORNER | § | 1324(a)(1)(A)(ii)&(B)(i) Illegal Alien |
| JENNY ANKENY | § | Transportation.] |

THE GRAND JURY CHARGES:

**DR19CR1981** KC

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about July 30, 2019, in the Western District of Texas, Defendants,

CODY LEE HORNER,
JENNY ANKENY,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about July 30, 2019, in the Western District of Texas, Defendants,

CODY LEE HORNER,
JENNY ANKENY,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Diego Adrian Campos-Chavez, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about July 30, 2019, in the Western District of Texas, Defendants,

**CODY LEE HORNER,**
**JENNY ANKENY,**

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Rafael Antonio Pinto-Aquila, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL,
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JOSHUA B. BANISTER
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: KINNEY

USAO #: 2019R17646

DATE: AUGUST 28, 2019

MAG. CT. #: DR19-07046M

AUSA: JOSHUA B. BANISTER

DEFENDANT: CODY LEE HORNER

**DR19CR1981**

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO

LANGUAGE: ENGLISH

DEFENSE ATTORNEY: SOSTENES MIRELES, II

ADDRESS OF ATTORNEY: PO BOX 1364, DEL RIO, TEXAS 78841

DEFENDANT IS: DETAINED

DATE OF ARREST: JULY 30, 2019

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNTS 2 & 3: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>KINNEY</u>　　　　　　　USAO #: <u>2019R17646</u>

DATE: <u>AUGUST 28, 2019</u>　　　　MAG. CT. #: <u>DR19-07046M</u>

AUSA: <u>JOSHUA B. BANISTER</u>

DEFENDANT: <u>JENNY ANKENY</u>　　**DR19CR1981**

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>NO</u>　　　LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>JOSEPH ANTHONY CORDOVA</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>　　　DATE OF ARREST: <u>JULY 30, 2019</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNTS 2 & 3: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3